| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE ST. JOSEPH CIRCUIT/SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF ST. JOSEPH ) | | CAUSE NO.: 71 D05 -1608-CT- 000359 |

KEITH BIXLER, as Special Personal )
Representative of the ESTATE OF )
PAULA BIXLER, DECEASED, )
c/o Chester Law Office )
230 North Main Street, Suite 2 )
P.O. Box 1768 )
Elkhart, IN 46515-1768 )
            )
    Plaintiff, )
            )
    v. )
            )
HCR MANORCARE MEDICAL SERVICES )
OF FLORIDA, LLC d/b/a )
HEARTLAND HOSPICE, )
c/o CT Corporation System, )
Its Registered Agent )
150 W. Market Street, Suite 800 )
Indianapolis, IN 46204 )
            )
    -and- )
            )
ELKHART OPERATING, LLC d/b/a )
GOLDEN LIVINGCENTER-ELKHART, )
c/o Corporation Service Company, )
Its Registered Agent )
251 E. Ohio Street, Suite 500 )
Indianapolis, IN 46204 )
            )
    Defendants. )

**COMPLAINT FOR RECOVERY OF DAMAGES DUE TO WRONGFUL DEATH,
FOR PERSONAL INJURIES, AND REQUEST FOR TRIAL BY JURY**

    COMES NOW Plaintiff, Keith Bixler, in his capacity as Special Personal Representative of

the Estate of Paula Bixler, deceased, and for his Complaint for Damages, alleges as follows:

    1.    On December 14, 2015, by Order of the Elkhart Superior Court No. 2, under Cause

No. 20D02-1512-ES-00071, Keith Bixler was appointed as Special Personal Representative of the

estate of his wife, Paula Bixler, deceased, and in such capacity brings this cause of action against Defendants.

2. At all times relevant to this case, the decedent, Paula Bixler, was a citizen of the United States of America, State of Indiana, and resided in Elkhart, Indiana. Heartland Hospital home health care treated her in her home and she eventually became a resident at Golden LivingCenter-Elkhart.

3. At all times relevant to this case, Defendants owned, operated, controlled and maintained their facilities. Heartland Hospice is located at 230 West Catalpa Drive, Mishawaka, Indiana 46545. Golden LivingCenter-Elkhart is located at 1001 West Hively Avenue, Elkhart, Indiana 46517.

4. On February 2, 2015, Paula Bixler resided at home with her husband. Heartland Hospice home health care program was retained to help aid her husband in caring for Paula's multiple medical issues including paraplegia, morbid obesity and COPD.

5. Records from Heartland Hospice indicate that a Stage I and/or II pressure ulcer on Paula's coccyx was noted on February 13, 2015. By February 24, 2015, Heartland Hospice records indicate that the same pressure ulcer first identified on February 13, 2015 was noted be a solid Stage II, but it was resolving and there were no open areas.

6. Additional Heartland Hospice records dated March 3, 2015 to March 17, 2015 continue to address Paula's coccyx area. These records describe Paula's skin conditions during this period as being reddened, blanchable, mild excoriation, and an open area had developed on her right buttock.

7. Paula's husband, Keith Bixler, suffered a heart attack in early 2015, as a result of which he could no longer assist Paula. Consequently, the decision was made to transfer Paula to a skilled nursing facility, and she was transferred and admitted as a patient at Golden LivingCenter-Elkhart on March 26, 2015.

8. Shortly after Paula's admission to Golden LivingCenter-Elkhart, its nursing staff created a Minimum Data Set record that noted she was a high risk for pressure ulcers. However, these records generated at the time of Paula's admission failed to identify any pressure ulcers or other skin abnormalities. Golden LivingCenter-Elkhart's nursing staff created another Minimum Data Set record in June 2015, and once again that record failed to identify any pressure ulcers or other skin abnormalities on Paula Bixler's body.

9. On or about August 10, 2015, Golden LivingCenter-Elkhart's nursing staff created yet another Minimum Data Set record and noted for the first time a pressure ulcer in the area of Paula's coccyx. That record described Paula's pressure ulcer as "unstageable," and it measured 4.0 cm in length and 2.5 cm in width.

10. Paula Bixler was taken to the emergency department at Elkhart General Hospital on August 10, 2015 for a low grade fever she had experienced for two to three days, which had spiked to 102° the prior night. She was lethargic, restless, confused, and agitated. She was diagnosed by Elkhart General Hospital medical staff as having a Stage IV decubitus ulcer to her sacrum with foul-smelling drainage.

11. Paula underwent debridement surgery on August 14, 2015 for the Stage IV pressure ulcer on her sacrum. The opening measurements of this ulcer were 6 x 9 x 2 cm in depth and closing measurements were 15 x 20 x 4 cm in depth.

12. On August 26, 2015, Paula Bixler died as a result of sepsis that was directly related to the Stage IV decubitus ulcer she developed while she was a patient under the care and treatment of Defendants.

13. Defendants, acting by and through their nursing staff, medical staff, and other agents and employees, were careless and negligent and breached the applicable standard of care in the care and treatment they provided to Paula Bixler.

14. As a direct and proximate result of the carelessness and negligence of Defendants, Paula Bixler was caused to endure considerable pain, suffering, and mental anguish. Her death was directly related to the Stage IV pressure ulcer on her sacrum described in paragraphs 10, 11 and 12 of this Complaint, and she died despite the fact that her pressure ulcers were completely preventable and avoidable conditions which should not have caused her death at the age of 60.

15. As a further direct and proximate result of the carelessness and negligence of Defendants, Plaintiff Keith Bixler has lost the love, affection, companionship, and services of his wife, Paula Bixler, along with incurring on her behalf substantial medical, funeral, and other losses.

WHEREFORE, Plaintiff requests judgment against Defendants for the wrongful death of Paula Bixler, for compensatory damages including all damages allowed by Indiana law; for costs and expenses of this action including attorney's fees and costs of administration; and for all other just and proper relief.

Respectfully submitted this ___8___ day of August, 2016.

Mark D. Altenhof, #24073-20
Attorney for Plaintiff

CHESTER LAW OFFICE
230 North Main Street, Suite 2
P.O. Box 1768
Elkhart, IN 46515-1768
(574) 296-1515 Office
(574) 295-9316 Fax

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury.

_____
Mark D. Altenhof, #24073-20

# Appendix B to Local General and Administrative Rules, 100 Series

NOTICE OF INTENT TO DESTROY

CIVIL CAUSE OF ACTION

Pursuant to Local Rule112 of the St. Joseph County Courts ("Rule"), all models, diagrams, documents, or material admitted in evidence or pertaining to this case that has been or will be placed in the custody of the Official Court Reporter as exhibits must be taken away by the parties offering them in evidence, *four (4) months* after the case is decided unless an appeal is taken. If an appeal is taken, all such exhibits must be retained by the Official Court Reporter for *two (2) years* from termination of the appeal, retrial, or subsequent appeal and termination, whichever is latest. These time periods may be altered by Court order.

Evidence which is not retaken after expiration of the applicable retention period, above, will be disposed of by the Sheriff, or his agent, on the Court's Order.

Notwithstanding any provision of the Rule or this Notice to the contrary, the Judge of the St. Joseph Circuit Court, the Judge of the St. Joseph Probate Court, and the Chief Judge of the St. Joseph Superior Court shall have the authority to order the destruction of any evidence that is compromised by age, damage, lack of case identifiers, or inadvertent destruction.



**FIRST-CLASS®**

TERRI RETHLAKE
ST JOSEPH COUNTY CLERKS OFFICE
101 S MAIN ST
SOUTH BEND, IN 46601-1897

**ELECTRONIC SCAN REQUIRED**

**USPS FIRST-CLASS®**

F

TERRI RETHLAKE
ST JOSEPH COUNTY CLERKS OFFICE
101 S MAIN ST
SOUTH BEND, IN 46601-1897

ELKHART OPERATING, LLC D/B/A GOLDEN LIVNG CENTER-
251 E OHIO ST STE 500
INDIANAPOLIS, IN 46204-2184



USPS SIGNATURE TRACKING #

9202 1901 0661 5400 0090 7436 67

Electronic Rate Approved #901066154

Non-Machinable Parcel

**Attention Carrier on Route #C008**
This piece is being monitored for Delivery and Scanning accuracy

↑

IMobConfirmation11x8Flatl abel v2016 07 27 03

