UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEITH BIXLER, as Special Personal Representative of the ESTATE OF PAULA BIXLER, Deceased, | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CASE NO.: 3:16-cv-00616-PPS-MGG |
| ELKHART OPERATING, LLC d/b/a GOLDEN LIVINGCENTER–ELKHART, | ) ) ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT
TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The Defendant, Elkhart Operating, LLC d/b/a Golden LivingCenter-Elkhart, by counsel, in accordance with the Report of Discovery Planning Conference and the Court's Scheduling Order filed in the above-captioned matter, hereby notifies the Court that on December 2, 2016, Defendant served on the Plaintiff its initial disclosures as required under Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

By:        /s/ *Angela M. Fox*
Norris Cunningham, Attorney No.: 19312–49
Angela M. Fox, Attorney No.: 25466-49
500 N. Meridian Street
Suite 400
Indianapolis, IN 46204
(317) 633-4884 tel./(317) 633-4888 fax
ncunningham@hallrender.com
afox@hallrender.com
*Attorneys for Elkhart Operating, LLC d/b/a Golden LivingCenter – Elkhart*

## **CERTIFICATE OF SERVICE**

      I certify that I served a copy of the foregoing on the below-listed counsel by electronic mail on this 2nd day of December, 2016:

Mark D. Altenhof
Edward J. Chester
Laura L. Ezell
CHESTER LAW OFFICE
230 North Main Street, Suite 2
P.O. Box 1768
Elkhart, IN  46515-1768
mark@chesterlawoffice.com
ed@chesterlawoffice.com
laura@chesterlawoffice.com


                                              /s/ *Angela M. Fox*

HALL, RENDER, KILLIAN,
   HEATH & LYMAN, P.C.
500 N. Meridian Street
Suite 400
Indianapolis, IN 46204